```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE QUEZADA,

        Plaintiff,

  -against-

SEATTLE COFFEE GEAR, LLC,

        Defendant.

21-CV-4073 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    An affidavit of service states that plaintiff served Seattle Coffee Gear, LLC with process on October 25, 2021. (Dkt. No. 12.) Pursuant to Fed. R. Civ. P. 12(a)(1)(A), defendant was required to respond to the complaint no later than November 15, 2021. Defendant has neither appeared nor responded to the complaint. No later than **December 8, 2021**, plaintiff shall inform the Court whether the parties have extended defendant's time to respond, or whether plaintiff intends to request a certificate of default. Plaintiff shall promptly serve this Order on defendant.

Dated: New York, New York
       December 1, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**